United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-14248-elf
Matthew John Calobrisi                                                Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Lisa              Page 1 of 2              Date Rcvd: Jul 12, 2016
                             Form ID: 309A           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db         +Matthew John Calobrisi,   20 Elan Lane,   Chesterbrook, PA 19087-5714
tr         +MICHAEL H KALINER,   Michael H. Kaliner Trustee,   350 South Main Street,   Suite 105,
             Doylestown, PA 18901-4872
13743946    BEST BUY CREDIT CARD CORRESPONDENCE,   P.O. BOX 790441,   ST. LOUIS, MO  63179-0441
13743948   +CENTRAL CREDIT SERVICES LLC,   9550 REGENCY SQUARE BLVD.,   SUITE 500,
             JACKSONVILLE, FL 32225-8169
13743950    CITIZENS BANK CARD SERVICES,   P.O. BOX 42010,   PROVIDENCE, RI  02940-2010
13743951    CLAIMS ACCOUNTING,   P.O. BOX 30272,   TAMPA, FL  33630-3272
13743952   +DELAWARE COUNTY COMMUNITY COLLEGE BOOKSTORE,   901 S. MEDIA LINE RD., ROOM 2524,
             MEDIA, PA 19063-1027
13743954    EXPRESSCARE OF BEL AIR,   1505 E. CHURCHVILLE RD.,   BEL AIRE, MD  21014-4742
13743955    EXPRESSCARRE OF BEL AIRE,   1505 E. CHURCHVILLE ROAD,   BEL AIRE, MS  21014-4742
13743956   +FEDCHEX RECOVERY,   P.O. BOX 18978,   IRVINE, CA 92623-8978
13743958   +HYUNDAI MOTOR FINANCE CORRESONDENCE,   P.O. BOX 20829,   FOUNTAIN VALLEY, CA 92728-0829
13743959   +KAMI S. MILLER, ESQUIRE,   1835 MARKET ST.,   SUITE 501,   PHILADELPHIA, PA 19103-2933
13743960   +KEYSTONE CENTER,   2001 PROVIDENCE AVENUE,   CHETER, PA 19013-5504
13743961   +KEYSTONE CENTER,   2001 PROVIDENCE AVENUE,   CHESTER, PA 19013-5504
13743962    LABORATORY CORPORATION OF AMERICA,   P.O. BOX 2240,   BURLINGTON, NC  27216-2240
13743963    LCA COLLECTIONS,   P.O. BOX 2240,   BURLINGTON, NC  27216-2240
13743964   +MAIN LINE URGENT CARE,   1991 SPROUL ROAD,   BROOMALL, PA 19008-3512
13743965   +PLANET FITNESS,   2940 SPRINGFIELD ROAD,   BROOMALL, PA 19008-1224
13743966   +RBS CARD SERVICES,   1000 LAFAYETTE BLVD.,   SUITE 1,   BRIDGEPORT, CT 06604-4725
13743967    REHAB AFTER WORK,   1440 RUSSELL ROAD,   PAOLI, PA  19301-1236
13743968   +SHOWBOAT ATLANTIC CITY,   P.O. BOX 7739,   ROCHESTER, MN 55903-7739
13743972    VALLEY FORGE CASINO,   1160 IST AVENUE,   KING OF PRUSSIA, PA  19406
13743973    WALMART CREDIT CARD,   702 SW 8TH ST.,   BENTONVILLE, AR  72716-8611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: mwglaw@msn.com Jul 13 2016 02:00:19     MICHAEL W. GALLAGHER,
             401 West Johnson Highway,   Suite 4,   East Norriton, PA  19401
smg         E-mail/Text: bankruptcy@phila.gov Jul 13 2016 02:00:36     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2016 02:00:25
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2016 02:00:34     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 13 2016 02:00:31     United States Trustee,
             Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13743942    EDI: RMSC.COM Jul 13 2016 01:53:00     AMAZON GECRB,   P.O. BOX 103104,
             ROSWELL, GA  30076-9104
13743943    EDI: RMSC.COM Jul 13 2016 01:53:00     AMAZON SYNCHRONY,   P.O. BOX 965060,
             ORLANDO, FL  32896-5060
13743944   +EDI: CINGMIDLAND.COM Jul 13 2016 01:53:00     AT&T,   P.O. BOX 537104,   ATLANTA, GA 30353-7104
13743945    EDI: BANKAMER.COM Jul 13 2016 01:53:00     BANK OF AMERICA BILLING INQUIRIES,   P.O. BOX 982235,
             EL PASO, TX  79998-2235
13743947    EDI: CAPITALONE.COM Jul 13 2016 01:53:00     CAPITAL ONE,   P.O. BOX 30285,
             SALT LAKE CITY, UT  84130-0285
13743949   +EDI: CITICORP.COM Jul 13 2016 01:53:00     CITIBANK CUSTOMER SERVICE,   P.O. BOX 6500,
             SIOUX FALLS, SD 57117-6500
13743953    EDI: DISCOVER.COM Jul 13 2016 01:53:00     DISCOVER BANK,   P.O. BOX 15316,
             WILMINGTON, DE  19850-5316
13743957    EDI: HY11.COM Jul 13 2016 01:53:00     HYUNDA MOTOR FINANCE,   P.O. BOX 660891,
             DALLAS, TX  75266-0891
13743969   +EDI: WTRRNBANK.COM Jul 13 2016 01:53:00     TARGET CARD SERVICES,   P.O. BOX 660170,
             DALLAS, TX 75266-0170
13743970    EDI: TDBANKNORTH.COM Jul 13 2016 01:53:00     TD BANK CARD SERVICES,   P.O. BOX 84037,
             COLUMBUS, GA  31908-4037
13743971   +E-mail/Text: crwkflw@firstdata.com Jul 13 2016 02:00:41     TRS RECOVERY SERVICES,
             5251 WESTHEIMER,   HOUSTON, TX 77056-5416
13743974    EDI: RMSC.COM Jul 13 2016 01:53:00     WALMART MASTERCARD SNYCB,   P.O. BOX 960024,
             ORLANDO, FL  32896-0024
13743975   +E-mail/Text: BKRMailOps@weltman.com Jul 13 2016 02:00:32     WELTMAN WEINBERG & REIS,
             325 CHESTNUT ST.,   SUITE 501,   PHILADELPHIA, PA 19106-2605
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa               Page 2 of 2           Date Rcvd: Jul 12, 2016
                              Form ID: 309A            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Matthew John Calobrisi mwglaw@msn.com,
               mwglaw1@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 3
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Matthew John Calobrisi** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–2045 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **7** | **6/14/16** |
| Case number: | **16–14248–elf** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Matthew John Calobrisi | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 20 Elan Lane <br> Chesterbrook, PA 19087 | |
| 4. | **Debtor's attorney** <br> Name and address | MICHAEL W. GALLAGHER <br> 401 West Johnson Highway <br> Suite 4 <br> East Norriton, PA 19401 | Contact phone (484)679–1488 <br> Email:  mwglaw@msn.com |
| 5. | **Bankruptcy trustee** <br> Name and address | MICHAEL H KALINER <br> Michael H. Kaliner Trustee <br> 350 South Main Street <br> Suite 105 <br> Doylestown, PA 18901 | Contact phone 215–230–4250 <br> Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (215)408–2800<br><br>Date: 7/12/16 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 5, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**601 Westtown Road, Room 380, West Chester, PA 19380** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/4/16** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |