**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Matthew John Calobrisi<br>xxx-xx-2045<br>20 Elan Lane<br>Chesterbrook, PA 19087<br><br>Debtor | **CHAPTER 7**<br><br>**NO. 16-14248-ELF**<br>**HEARING DATE: 3/8/2017**<br>**TIME: 10:00 A.M.**<br>**LOCATION: COURT ROOM No. 1**<br>**United States Bankruptcy Ct.**<br>**900 Market St., 2nd Floor**<br>**Philadelphia, PA 19107** |

**ORDER**

AND NOW, this _____ Day of _____, 2017 the Motion of the Debtor to REOPEN the Debtors' case is hereby GRANTED. Debtor is permitted to reopen this case for the purposes of commencing and pursuing an adversarial action against Citizens Bank N.A. to enforce the discharge injunction granted pursuant to 11 U.S.C. §524.

BY THE COURT:

_____
Hon. Eric L. Frank
Chief U.S. Bankruptcy Judge